**Electronically Filed
Supreme Court
SCWC-15-0000862
04-MAY-2017
02:34 PM**

SCWC-15-0000862

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

RENEE MEYER,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000862; CASE NOS. 1DTC-14-070286 and 1DTC-15-032645)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Renee Meyer's

application for writ of certiorari filed on March 28, 2017, is

hereby rejected.

DATED:  Honolulu, Hawai'i, May 4, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

